JAMES N. HAY *against* RICHARD BRUERE, Assignee of LETITIA STEWARD, Administratrix, and GEORGE ROBBINS, Administrator of AARON STEWARD, Deceased.

### ON CERTIORARI.

Administration cannot be proved by parol.

---

This was an action of debt upon a note of hand given by Hay, the defendant below, to Aaron Steward, and assigned to the plaintiff, Bruere, by Letitia Steward and George Robbins, the administratrix and administrator of Aaron Steward. Judgment was rendered against Hay for the amount of the note.

Vanderveer v. M'Mackin.

*Wall* now moved to reverse the judgment, upon the ground, that parol testimony was admitted to prove that Letitia Steward was the administratrix, and George Robbins the administrator of Aaron Steward.

*Ewing* contra. The defendant admitted that the signature to the note was his handwriting, and Letitia Steward acknowledged the assignment of the note to Bruere, and, therefore, it appeared the plaintiff was entitled to recover.

*Per Curiam.* Administration cannot be proved *in pais,* not even by proving that a person acted as administrator, because he might act without authority. Therefore,

Let the judgment be reversed.